# Exhibit 2

# Crest® PRO-HEALTH®

**Crest® PRO-HEALTH®** uses a **POLYFLUORITE SYSTEM™** consisting of therapeutic antibacterial fluoride and ActivClean Crystals™ for cleaning.

DIST. BY PROCTER & GAMBLE, CINCINNATI, OH 45202
www.crest.com © 2010 P&G
US Patent 6,696,045; 6,740,311

0 37000 18227 6

**WITH REGULAR BRUSHING, CREST PRO-HEALTH PROVIDES THESE BENEFITS**

- Fights Cavities
- Fights Plaque
- Fights Gingivitis
- Builds Increasing Protection Against Painful Sensitivity
- Fights Tartar
- Whitens Teeth by Removing Surface Stains
- Freshens Breath



For complete oral care, brush twice a day, floss daily and visit your dentist regularly.

Crest PRO-HEALTH SENSITIVE + ENAMEL Shield, like all Crest Pro-Health stannous fluoride toothpastes:
- Helps relieve and build increasing protection against painful tooth sensitivity
- Protects against enamel loss
- Binds to and strengthens enamel
- Protects oral health areas other sensitivity toothpaste brands miss

---

CAVITIES
GINGIVITIS
PLAQUE
SENSITIVITY
TARTAR
WHITENING
FRESHENS BREATH

SMOOTH MINT

**SENSITIVE + ENAMEL SHIELD**

HELPS SHIELD TEETH FROM SENSITIVITY PAIN & ACID ATTACK

**Crest PRO-HEALTH**

CLINICALLY PROVEN Active Ingredient

FLUORIDE TOOTHPASTE FOR ANTICAVITY, ANTIGINGIVITIS AND SENSITIVE TEETH

NET WT 4.2 OZ (119g)

---

CAVITIES
GINGIVITIS
PLAQUE
SENSITIVITY
TARTAR
WHITENING
FRESHENS BREATH

SMOOTH MINT

**SENSITIVE + ENAMEL SHIELD**

HELPS SHIELD TEETH FROM SENSITIVITY PAIN & ACID ATTACK

**Crest PRO-HEALTH**

CLINICALLY PROVEN Active Ingredient

FLUORIDE TOOTHPASTE FOR ANTICAVITY, ANTIGINGIVITIS AND SENSITIVE TEETH

NET WT 4.2 OZ (119g)


485866  CVS
$3.99   7019

---

## Drug Facts

**Active ingredient**
Stannous fluoride 0.454% (0.16% w/v fluoride ion)

**Purposes**
Anticavity, antigingivitis, antisensitivity toothpaste

**Uses**
- aids in the prevention of cavities
- helps prevent gingivitis
- helps interfere with the harmful effects of plaque associated with gingivitis
- helps control plaque bacteria that contribute to the development of gingivitis
- builds increasing protection against painful sensitivity of the teeth to cold, heat, acids, sweets or contact

**Warnings**
When using this product do not use for sensitivity longer than four weeks unless recommended by a dentist. ▲

## Drug Facts (continued)

Stop use and ask a dentist if the sensitivity problem persists or worsens. Sensitive teeth may indicate a serious problem that may need prompt care.

Keep out of reach of children. If more than used for brushing is accidentally swallowed, get medical help or contact a Poison Control Center right away.

**Directions**
- adults and children 12 yrs. & older: apply at least a 1-inch strip of the product onto a soft bristled toothbrush. Brush teeth thoroughly for at least 1 minute twice a day (morning and evening) or as recommended by a dentist. Make sure to brush all sensitive areas of the teeth.
- do not swallow
- children under 12 yrs.: ask a dentist

## Drug Facts (continued)

**Other information**
- products containing stannous fluoride may produce surface staining of the teeth
- adequate toothbrushing may prevent these stains which are not harmful or permanent and may be removed by your dentist
- this Crest is specially formulated to help prevent staining
- see your dentist regularly

**Inactive ingredients** glycerin, hydrated silica, sodium hexametaphosphate, propylene glycol, PEG-6, water, zinc lactate, trisodium phosphate, flavor, sodium lauryl sulfate, sodium gluconate, carrageenan, sodium saccharin, xanthan gum, polyethylene, blue 1 lake

Questions or comments? 1-800-594-4158 ▲

---


**Crest**
PRO-HEALTH

3


**Crest**
PRO-HEALTH

LOT LE4403
EXP JL15


**Crest**
PRO-HEALTH

99667508