UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: JOSE L. LINARES                               Date:   09/12/2013
Court Reporter: PHYLLIS LEWIS                        Civil No: 2:11-7238 (JLL)

<u>Title of the Case</u>:

EDWARD ROSSI,
v
PROCTER & GAMBLE COMPANY,

<u>Appearances:</u>

James Cecchi, Don Ecklund, Joseph Marchese & Antonio Vozzolo, Attorneys for Plaintiff
Hugh Whiting & Kevin Boyce, Attorneys for Defendant *(Via Telephone)*


<u>Nature of Proceedings</u>: **(Fairness Hearing)**

Hearing on final approval of class action settlement. Court RESERVED decision.


                                                     Lissette Rodriguez, Courtroom Deputy
                                                     to the Honorable Jose L. Linares, U.S.D.J.


Time Commenced: 10:00 a.m.
Time Concluded:   11:00 a.m.