UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Full Caption in District Court:
EDWARD ROSSI on behalf of himself and all others similarly situated.
(Plaintiff)

v.
THE PROCTOR & GAMBLE COMPANY,
(Defendant)

Docket No.:   11-7238 (JLL)(MAH)

Judge: Jose L. Linares, U.S.D.J.

**Notice of Appeal to the U.S. Court of Appeals for the Third Circuit**

Notice is hereby given that ___Tim Blanchard, Pro Se Objector___
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from

Dkt. #81   |x| Judgment, [ ] Order, [ ] Other _____
(Specify)
of the United States District Court, District of New Jersey, entered in this action on

October 3, 2013
(Date)

Dated: Oct. 15, 2013

_[signature]_
Appellant

3710 Pope Drive
Street

Corpus Christi, TX 78411
City, State, Zip

361-558-3477
Telephone