| | |
|---|---|
| James E. Cecchi | Antonio Vozzolo |
| Caroline F. Bartlett | FARUQI & FARUQI, LLP |
| Donald A. Ecklund | 369 Lexington Avenue, 20th Floor |
| CARELLA, BYRNE, CECCHI | New York, New York 10017 |
| OLSTEIN, BRODY & AGNELLO, P.C. | (212) 983-9330 |
| 5 Becker Farm Road | |
| Roseland, New Jersey 07068-1739 | |
| (973) 994-1700 | |

Scott A. Bursor
Joseph I. Marchese
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
(646) 837-7150

*Attorneys for Plaintiff Edward Rossi and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD ROSSI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendants. | Civil Action No. 2:11-cv-07238 (JLL)(MAH)<br><br>**NOTICE OF MOTION** |

To:     All Persons on ECF Service List

PLEASE TAKE NOTICE that, on February 18, 2014 at 10:00 a.m., Class Counsel, on behalf of Plaintiff Edward Rossi and the Class, shall move before the Hon. Jose L. Linares, U.S.D.J. in Courtroom 5D at the Martin Luther King, Jr. Federal Building and U.S. Courthouse, Newark, New Jersey 07101, for entry of an Order: (1) pursuant to Rule 7 of the Federal Rules of Appellate Procedure, requiring Objector-Appellants Timothy Blanchard and Christopher Bandas

collectively post a bond of $30,000 within 10 business days and requiring them to post the appeal bond before proceeding with their appeal; and (2) granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, in support of the motion, Class Counsel will rely upon the accompanying brief in support.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests oral argument.

                                                CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
*Attorneys for Plaintiff Edward Rossi and the Class*

By: /s/ James E. Cecchi
     JAMES E. CECCHI

January 22, 2014

Of Counsel:

Scott A. Bursor
Joseph I. Marchese
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
(646) 837-7150

Antonio Vozzolo
FARUQI & FARUQI, LLP
369 Lexington Avenue, 20th Floor
New York, New York 10017
(212) 983-9330

*Attorneys for Plaintiff Edward Rossi and the Class*