James E. Cecchi                        Antonio Vozzolo
Caroline F. Bartlett                   FARUQI & FARUQI, LLP
Donald A. Ecklund                      369 Lexington Avenue, 20th Floor
CARELLA, BYRNE, CECCHI                 New York, New York 10017
OLSTEIN, BRODY & AGNELLO, P.C.         (212) 983-9330
5 Becker Farm Road
Roseland, New Jersey 07068-1739
(973) 994-1700

Scott A. Bursor
Joseph I. Marchese
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
(646) 837-7150

*Attorneys for Plaintiff Edward Rossi and*
*the Class*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD ROSSI, individually and on behalf of all others similarly situated,<br>                    Plaintiffs,<br><br>vs.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>                    Defendants. | Civil Action No. 11-7238 (JLL)(MAH)<br><br><br>**NOTICE OF MOTION** |

To:      All Persons on ECF Service List

PLEASE TAKE NOTICE that, on Monday, April 7, 2014 at 10:00 a.m. or as soon thereafter as counsel may be heard, Class Counsel, on behalf of Plaintiff Edward Rossi and the Class, shall move before the Hon. Jose L. Linares, U.S.D.J. in Courtroom 5D at the Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for entry of an Order for sanctions pursuant to Fed.R.Civ.P. 11.

The undersigned intends to rely upon the annexed Declaration of James E. Cecchi and Brief.

The undersigned hereby requests oral argument.

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
*Attorneys for Plaintiff*
*Edward Rossi and the Class*

By:＿＿＿/s/ James E. Cecchi＿＿＿＿＿
      JAMES E. CECCHI

Dated:  February 4, 2014

Of Counsel:

Scott A. Bursor
Joseph I. Marchese
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
(646) 837-7150

Antonio Vozzolo
FARUQI & FARUQI, LLP
369 Lexington Avenue, 20th Floor
New York, New York 10017
(212) 983-9330

*Attorneys for Plaintiff Edward Rossi and the*
*Class*