James E. Cecchi
Caroline F. Bartlett
Donald A. Ecklund
CARELLA, BYRNE, CECCHI
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068-1739
(973) 994-1700

Antonio Vozzolo
FARUQI & FARUQI, LLP
369 Lexington Avenue, 10th Floor
New York, New York 10017
(212) 983-9330

Scott A. Bursor
Joseph I. Marchese
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
(646) 837-7150

*Attorneys for Plaintiff Edward Rossi and the Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EDWARD ROSSI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendants. | Civil Action No. 11-7238 (JLL)(MAH)<br><br><br>**DECLARATION OF**<br>**JAMES E. CECCHI** |

JAMES E. CECCHI, of full age, hereby declare as follows:

1.  I am an attorney licensed to practice in New Jersey and am a member of the law firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. ("Carella Byrne"), co-counsel for Plaintiffs and the Class in the above matter. In such capacity, I am fully familiar with the facts contained herein.

2. Annexed hereto as Exhibit A is a true copy of the objection filed on behalf of Objector Tim Blanchard, Docket Entry 77.

3. Annexed hereto as Exhibit B is a true copy of the notice of appeal filed by Mr. Blanchard, Docket Entry 83.

4. Annexed hereto as Exhibit C is a true copy of the envelope enclosing the Blanchard notice of appeal, Docket Entry 83-2. The envelope has the return address for Bandas Law Firm, P.C.

5. Annexed hereto as Exhibit D is a true copy of the receipt issued by the Clerk for payment of the filing fee for the Blanchard notice of appeal, Docket Entry 83-3. The receipt for the appellate filing fee was issued to Bandas Law Firm, P.C.

6. Annexed hereto as Exhibit E are true copies of the case opening documents filed by Mr. Bandas in the above matter in the Third Circuit.

7. Annexed hereto as Exhibit F is a true copy of the objection filed on behalf of Objector Clark Hampe in *In re Nutella Marketing and Sales Practices Litigation*, Civil Action No. 11-1087 (FLW).

8. Annexed hereto as Exhibit G is a true copy of the brief in opposition to plaintiffs' motion to post an appeal bond filed on behalf of Mr. Hampe in *Nutella*.

9. Annexed hereto as Exhibit H are true copies of case opening documents filed in the Third Circuit by Mr. Bandas in *Nutella*.

10. Annexed hereto as Exhibit I is a true copy of the Declaration of David L. Oleskow, a handwriting analyst, filed in *In re Hydroxycut Marketing and Sales Practices Litigation* in the Southern District of California. In summary, Mr. Oleskow compared the

signatures on several *pro se* objections to class action settlements filed on behalf of Mr. Blanchard and concluded that the objections were signed by different people.

11. Annexed hereto as Exhibit J is a true copy of Mr. Blanchard's declaration filed in response to Mr. Oleksow's declaration in *Hydroxycut*. In summary, Mr. Blanchard acknowledged that Mr. Bandas signed certain "*pro se*" objections (though not the one in this case) on Mr. Blanchard's behalf, but that they were signed with Mr. Blanchard's permission, so they were not "forgeries". Mr. Blanchard states, however, that he relies upon his attorney (Mr. Bandas) "to generate the appropriate documents to create the greatest chance of overturning this settlement."

12. Annexed hereto as Exhibit K is a true copy of the transcript of a hearing to strike Mr. Blanchard's objection in *Hydroxycut*.

13. Annexed hereto as Exhibit L are true copies of what appears to be Mr. Bandas' standard retainer agreement with objectors, which was filed in *Dennings v. Clearwire Corp.*, No. 2:10-cv-1859 (JLR) (W.D.Wash.), Docket Entry 165-4.

I hereby declare under penalty of perjury that the foregoing is true and correct.

                                                    /s/ James E. Cecchi
                                                  JAMES E. CECCHI

Dated: February 3, 2014