# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

## COUNSELLORS AT LAW

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | CARL R. WOODWARD, III | RAYMOND W. FISHER | STEPHEN R. DANEK |
| JAN ALAN BRODY | MELISSA E. FLAX | | DONALD A. ECKLUND |
| JOHN M. AGNELLO | DAVID G. GILFILLAN | OF COUNSEL | MEGAN A. NATALE |
| CHARLES M. CARELLA | G. GLENNON TROUBLEFIELD | | AMANDA J. BARISICH |
| JAMES E. CECCHI | BRIAN H. FENLON | | ZACHARY S. BOWER+ |
| | LINDSEY H. TAYLOR | | MICHAEL CROSS |
| | CAROLINE F. BARTLETT | | °MEMBER NY BAR ONLY |
| JAMES D. CECCHI (1933-1995) | | | +MEMBER FL BAR ONLY |
| JOHN G. GILFILLAN III (1936-2008) | | | |

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

March 17, 2014

**VIA ECF**

Honorable Jose L. Linares, U.S.D.J.
United States District Court
M. L. King Jr. Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:  *Edward Rossi v. The Procter & Gamble Company*
     Civil Action No. 2:11-cv-07238 (JLL)(MAH)

Dear Judge Linares:

We are Co-Class Counsel for Plaintiffs in the above-referenced action. We are pleased to advise the Court that a settlement has been reached during a mediation conducted through the Third Circuit Court of Appeals Mediation Program. The settlement resolves both the appeal and the matters presently before this Court. Accordingly, Plaintiffs hereby withdraw their motion for sanctions.

We thank you for your attention to this matter. Of course, we are available to answer any questions you may have.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

/s/ Donald A. Ecklund

DONALD A. ECKLUND

cc:   Joseph A. Torregrossa, Esq. (via U.S. mail)
      All Counsel of Record (via email)

*Motion No. 89 shall be administratively terminated as withdrawn.

SO ORDERED
DATED: 3-18-14